No. 89–7526. EVANS v. UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–7527. FERRYMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–7530. MURRELL v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 89–7534. MCRAE v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 89–7535. MULLEN v. SMITH. C. A. 5th Cir. Certiorari denied.

No. 89–7536. KLACSMANN v. JESS PARISH HOSPITAL. C. A. 11th Cir. Certiorari denied.

No. 89–7537. HARRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7540. WINSTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–7541. NICKENS v. LEWIS. C. A. 6th Cir. Certiorari denied.

No. 89–7542. NOE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–7543. CAMP v. VIRGINIA. Cir. Ct., Pulaski County, Va. Certiorari denied.

No. 89–7546. KOSEK v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–7547. MARLOW v. NEW YORK CITY BOARD OF EXAMINERS. C. A. 2d Cir. Certiorari denied.

No. 89–7548. HAUSMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7549. ROBINSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.